USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY ALLAN JAMES,

                Plaintiff,

-against-

THE STATE UNIVERSITY OF NEW YORK,

                Defendant.

**ORDER**

22-CV-4856 (PAE) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

On December 14, 2022, Defendant State University of New York ("Defendant") filed a letter motion requesting an adjournment of the deadline to submit a proposed case management plan and of the Initial Case Management Conference, as well as a stay of discovery pending resolution of Defendant's forthcoming motion to dismiss. (ECF No. 21.) Plaintiff Jeremy Allan James ("Plaintiff") filed a letter opposing that request, and requesting until January 4, 2023 to provide a full response to Defendant's letter. (ECF No. 22.)

Defendant's request for an adjournment of the deadline to submit a proposed case management plan and of the Initial Case Management Conference is DENIED. The Court will discuss Defendant's request to stay discovery pending the Motion to Dismiss at the upcoming Case Management Conference.

Plaintiff's request that he be allowed until January 4, 2023 to respond to Defendant's letter is GRANTED, however the Court notes that it does not require further briefing on the issue at this time, and Plaintiff will have the opportunity to be heard on the issue at the Initial Case Management Conference.

2

Dated: New York, New York
December 15, 2022

SO ORDERED.

*Katharine H Parker*
KATHARINE H. PARKER
United States Magistrate Judge