

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

March 10, 2023

**Via ECF**

The Hon. Katharine H. Parker  
United States Magistrate Judge  
Southern District of New York  
500 Pearl Street, Room 750  
New York, NY 10007

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.

03/12/2023

Re: <u>James v. The State University of New York</u>, No. 22 Civ. 4856 (JHR) (KHP)

Your Honor:

I am an Assistant Attorney General in the Office of Letitia James, Attorney General of New York, which represents Defendant The State University of New York ("SUNY") in this action.

I write pursuant to your Honor's Individual Practice Rule I.c to request a four-day extension of time – from March 13, 2023 until March 17, 2023 – for SUNY to file its motion to dismiss the Complaint.[1] I have had problems accessing my office computer network over the last several days, delaying completion and review of the motion papers. This is SUNY's first request for an extension of the deadline to file their motion to dismiss. Due to the pressing nature of this request, I did not have sufficient time to seek the consent of Plaintiff *pro se*.

I thank the Court for considering this request.

Respectfully submitted,

/s/Jonathan A. Siegel

Jonathan A. Siegel, Assistant Attorney General  
(212) 416-8888

cc: Jeremy Allan James, Plaintiff *pro se* (by email and ECF)

---

[1] I had hoped this request would not be necessary and delayed making it. I apologize for not giving two business days' notice of this request.

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● www.ag.ny.gov