

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

March 15, 2023

<u>Via ECF</u>

The Hon. Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

> **APPLICATION GRANTED:** The Case Management Conference scheduled for Tuesday, March 28, 2023 at 11:00 a.m. in Courtroom 17D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Monday, April 10, 2023 at 2:00 p.m.</u>
>
> APPLICATION GRANTED
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 03/15/2023

Re:   <u>James v. The State University of New York</u>, No. 22 Civ. 4856 (JHR) (KHP)

Your Honor:

I am an Assistant Attorney General in the Office of Letitia James, Attorney General of New York, which represents Defendant The State University of New York ("SUNY") in this action.

I write pursuant to your Honor's Individual Practice Rule I.c to request an adjournment of the case management conference scheduled for March 28, 2023 (ECF 38), because I will be out of state on that date. I respectfully request that the conference be rescheduled to a date convenient to the Court, other than March 23-28 or April 5-14.

In addition, your Honor directed the parties to file a letter listing proposed agenda items for the conference by the prior business day, which is currently March 27, 2023. ECF 67. I respectfully request that this deadline be adjourned to the business day prior to the rescheduled conference.

This is SUNY's first request for an adjournment of the case management conference. I have conferred with Plaintiff *pro se* Jeremy James, who has asked me to state that he takes no position on this application at this time.

I thank the Court for considering this request.

Respectfully submitted,

/s/Jonathan A. Siegel

Jonathan A. Siegel, Assistant Attorney General
(212) 416-8888

cc:   Jeremy Allan James (by email and ECF)