USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEREMY ALLAN JAMES,

                Plaintiff,

-v.-

THE STATE UNIVERSITY OF NEW YORK,

                Defendant.

---

22 Civ. 4856 (JHR) (KHP)

ORDER

JENNIFER H. REARDEN, District Judge:

    For the reasons explained in Magistrate Judge Parker's Opinion and Order, ECF No. 67, Plaintiff's Motion for Case Reassignment, ECF No. 62, is DENIED.

    The Clerk of Court is directed to terminate ECF No. 62.

    SO ORDERED.

Dated: April 3, 2023
       New York, New York

                              _____
                              JENNIFER H. REARDEN
                              United States District Judge