UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY ALLAN JAMES,

                    Plaintiff,

-against-

THE STATE UNIVERSITY OF NEW YORK,

                    Defendant.

**ORDER**

**22-CV-4856 (JHR) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2023

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Case Management Conference scheduled on **April 10, 2023 at 2:00 p.m.** is converted to a telephonic conference. At the scheduled time, the parties shall dial the Court's conference line at 866-434-5269, Access Code 4858267#.

**SO ORDERED.**

Dated: April 7, 2023
      New York, New York

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge