UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEREMY ALLAN JAMES,

                    Plaintiff,

-against-

THE STATE UNIVERSITY OF NEW YORK,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2023

**ORDER**

22-CV-4856 (JHR) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

      The Court held a Case Management Conference on **April 10, 2023 at 2:00 p.m.** Counsel for Defendant appeared, but Plaintiff failed to appear despite several orders from the Court directing Plaintiff to appear. Because Plaintiff failed to appear, the Conference was adjourned and is rescheduled to **Wednesday, July 26, 2023 at 11:30 a.m.** The parties shall appear in person at this conference in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York, New York.

      Plaintiff is advised that continued failure to comply with Court orders may result in sanctions, up to and including dismissal of this action with prejudice.

**SO ORDERED.**

Dated: April 11, 2023
       New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge